IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEENA NASIM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CLAIRE MEAD | : | NO. 16-5226 |

CIVIL JUDGMENT

Before the Honorable J. Curtis Joyner

AND NOW, this  15TH  day of  NOVEMBER, in accordance with the verdict rendered,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendant and against plaintiff.


BY THE COURT
ATTEST:
Sharon Scott
Deputy Clerk


Civ 1 (8/80)